# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-4814
_____

ERNEST LERENZA PARKER,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

_____

On appeal from the Circuit Court for Santa Rosa County.
John F. Simon, Judge.

March 27, 2018

PER CURIAM.

   AFFIRMED.

WOLF, ROBERTS, and WETHERELL, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Ernest Lerenza Parker, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.